IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD UPPER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHEESEBURGER'S OMAHA, LLC,<br><br>　　　　　　Defendant. | 8:25CV291<br><br>ORDER ON STIPULATION OF<br>VOLUNTARY DISMISSAL |

　　　　This case is before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), signed by counsel for both parties. Filing 18. The parties stipulate to dismissal of this matter with prejudice and with each party to bear its respective fees and costs. Filing 18 at 1. Accordingly,

　　　　IT IS ORDERED that the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Filing 18, is accepted, and this case is dismissed with prejudice, with each party to bear its respective fees and costs.

　　　　Dated this 3rd day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1